# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>MATTHEW F. ABBOTT, a resident of Indiana<br>    vs.<br>STARLINGER NORTH AMERICA, INC. et al. | Case Number: 08 C 642 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STARLINGER NORTH AMERICA, INC., et al.

| |
|---|
| NAME (Type or print)<br>David W. Clark |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ David W. Clark |
| FIRM<br>Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd. |
| STREET ADDRESS<br>221 E. Illinois Street, P. O. Box 564 |
| CITY/STATE/ZIP<br>Wheaton, Illinois 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210145 | TELEPHONE NUMBER<br>630-665-1900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |