IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, )<br>a resident of Indiana, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>STARLINGER NORTH AMERICA, INC., )<br>an Illinois Corporation, )<br>MAPLAN MASCHINEN und TECHNISCHE )<br>ANLAGEN PLANUNGS und FERTIGUNGS )<br>Gesellschaft m.b.H, an Austrian company, and )<br>STARLINGER & COMPANY Gesellschaft )<br>m.b.H, an Austrian company, )<br>  )<br>    Defendants. ) | **CASE NO: 08 C 642**<br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff, MATTHEW ABBOTT, by counsel, **KENNETH J. ALLEN & ASSOCIATES, P.C.**, files his Amended Complaint, as of right, pursuant to Fed. R. Civ. P. 15(a).

    Respectfully submitted,

    **KENNETH J. ALLEN & ASSOCIATES, P.C.**
    Attorneys for Plaintiff

    s/Bryan L. Bradley

    Bryan L. Bradley



*Refer to Office Indicated*

| ☒ ALLEN LAW BUILDING | ☐ CHASE BANK CENTER | ☐ CHARTER ONE BANK | ☐ SMURFIT-STONE BUILDING |
|---|---|---|---|
| 1109 Glendale Boulevard | 8585 Broadway, 8th Floor | 17450 South Halsted St. | 150 North Michigan Ave. |
| Valparaiso, IN 46383 | Merrillville, IN 46410 | Homewood, IL 60430 | Chicago, IL 60606 |
| 219.465.6292 | 219.736.6292 | 708.799.6292 | 312.236.6292 |