IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, </br>a resident of Indiana, </br> </br> Plaintiff, </br> </br> v. </br> </br> STARLINGER NORTH AMERICA, INC., </br> an Illinois Corporation, </br> MAPLAN MASCHINEN und TECHNISCHE </br> ANLAGEN PLANUNGS und FERTIGUNGS </br> Gesellschaft m.b.H, an Austrian company, and </br> STARLINGER & COMPANY Gesellschaft </br> m.b.H, an Austrian company, </br> </br> Defendants. | **CASE NO: 08 C 642** </br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S APPLICATION FOR
## REQUEST FOR INTERNATIONAL ASSISTANCE

Plaintiff, MATTHEW F. ABBOTT ("plaintiff"), by and through his counsel, **KENNETH J. ALLEN & ASSOCIATES, P.C.**, files his application for request for international assistance to the court, and hereby requests that this Court request the appropriate Judicial Authority in Austria to assist in obtaining service of process on Defendants, STARLINGER & COMPANY Gesellschaft m.b.H (herein "Starlinger") and MAPLAN MASCHINEN und TECHNISCHE (herein "Maplan") (collectively, "the Austrian defendants"). For his application, Plaintiff states:

1. This cause is a product liabilities action wherein the Austrian defendants were the manufacturer of a Maplan Moulding Machine (herein "the machine"), which was sold or otherwise distributed to Plaintiff and Plaintiff's employer, NISCO, in an unreasonable dangerous, defective condition, and that the machine was unsafe and was not reasonably fit for its intended use.  While using the machine in its intended use, Plaintiff suffered serious and permanent injuries when the machine caught, burned, and traumatically amputated Plaintiff's fingers on his dominant hand, as well as other injuries and damage sustained by the Plaintiff.

2.  Plaintiff has thus far been unable to serve the Austrian defendants with process pursuant to Federal Rule of Civil Procedure 4.

3.  It is Plaintiff's understanding that Starlinger can presently be served at the following address:

>   Starlinger & Company Gesellchaft mbH
>   Sonnenuhrgasse 4
>   A-1060 Vienna
>   Austria

4.  It is Plaintiff's understanding that Maplan can presently be served at the following address:

>   Maplan Maschinen und technische
>   Schoellergasse 9
>   A-2640 Ternitz
>   Austria

5. It is necessary for Plaintiff to serve process on the Austrian defendants in order to effectuate Plaintiff's rights and seek appropriate resolution in this matter.

6. A request from this Court will substantially aid the Plaintiff in serving the Austrian defendants in accordance with laws of the United States and International laws and treaties, as well as the Federal Rules of Civil Procedure. Plaintiff respectfully requests that the Court issues requests to the appropriate Judicial Authority in Austrian to assist in the service of process on the Austrian Defendants and request that the individual effectuating the process on the Austrian defendants execute a certificate of service, and return it, together with copy of the documents served, to Northern District of Illinois, Eastern Division.

7. Attached as Exhibit 2 are copies of the Request for International Assistance Plaintiff desires to have issued. Plaintiff respectfully requests that these separate requests be issued, and that said requests are stamped with an Official Court Seal, ink stamped or raised, so as to certify the requests authenticity with the appropriate Austrian authorities.

8. Plaintiff stands ready to reimburse the appropriate individuals and Austrian authorities for all expenses incurred in executing the requests for judicial assistance.

WHEREFORE, Plaintiff MATTHEW F. ABBOTT respectfully requests that this Court issue the separate Requests for International Assistance, attached as Exhibit 2,

with an official seal by the court in order to assist Plaintiff in serving process on

Defendants, STARLINGER & COMPANY Gesellchaft m.b.H and MAPLAN

MASCHINEN und TECHNISCHE, and for all other relief which is just and proper.

>Respectfully submitted,
>
>**KENNETH J. ALLEN & ASSOCIATES, P.C.**
>Attorneys for Plaintiff
>
>
>s/ Bryan L. Bradley
>_____
>Bryan L. Bradley



*Refer to Office Indicated*

| ☒ ALLEN LAW BUILDING | ☐ CHASE BANK CENTER | ☐ CHARTER ONE BANK | ☐ SMURFIT-STONE BUILDING |
|---|---|---|---|
| 1109 Glendale Boulevard | 8585 Broadway, 8th Floor | 17450 South Halsted St. | 150 North Michigan Ave. |
| Valparaiso, IN 46383 | Merrillville, IN 46410 | Homewood, IL 60430 | Chicago, IL 60606 |
| 219.465.6292 | 219.736.6292 | 708.799.6292 | 312.236.6292 |

## Service List

Matthew Abbott v. Starlinger North America, Inc., et al.
No. 1:08 CV 642

***Attorneys for Defendants***
David W. Clark
Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
221 East Illinois Street
Wheaton, IL 60187