IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW F. ABBOTT,<br>a resident of Indiana, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO: 08 C 642 |
| STARLINGER NORTH AMERICA, INC.,<br>an Illinois Corporation,<br>MAPLAN MASCHINEN und TECHNISCHE<br>ANLAGEN PLANUNGS und FERTIGUNGS<br>Gesellschaft m.b.H, an Austrian company, and<br>STARLINGER & COMPANY Gesellchaft<br>m.b.H, an Austrian company, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court, Northern District of Illinois, Eastern Division, presents its compliments to the appropriate Judicial Authority in Austria and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this Court.

Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations of negligence in the defective and unreasonably dangerous conditions of the "Maplan Moulding Machine" in question, causing Plaintiff to suffer damages. Plaintiff seeks judgment for damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant, **Starlinger & Company Gesellchaft mbH,** can presently be served at the following address:

1

Request for International Judicial Assistance                                    Service upon Starlinger & Company Gesellchaft mbH

**Starlinger & Company Gesellchaft mbH**
Sonnenuhrgasse 4
A-1060 Vienna
AUSTRIA

This Court respectfully requests that you cause one copy of the attached documents, Summons in a Civil Case, and Complaint, with Austrian court certified German translations thereof, to be served upon **Starlinger & Company Gesellchaft mbH** at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Austria.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Starlinger & Company Gesellchaft mbH** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's counsel, Kenneth J. Allen & Associates, P.C., 1109 Glendale Boulevard, Valparaiso, Indiana, 46383 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Austria the assurance of its highest consideration.

_____    _____
DATE                            Honorable John W. Darrah
                                The United States District Court
                                Northern District of Illinois, Eastern Divison
                                Everett McKinley Dirksen Building
                                219 South Dearborn Street
                                Chicago, Illinois 60604
                                Telephone: (312) 435-5698

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT,<br>a resident of Indiana,<br><br>    Plaintiff,<br><br>    v.<br><br>STARLINGER NORTH AMERICA, INC.,<br>an Illinois Corporation,<br>MAPLAN MASCHINEN und TECHNISCHE<br>ANLAGEN PLANUNGS und FERTIGUNGS<br>Gesellschaft m.b.H, an Austrian company, and<br>STARLINGER & COMPANY Gesellschaft<br>m.b.H, an Austrian company,<br><br>    Defendants. | CASE NO: 08 C 642 |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court, Northern District of Illinois, Eastern Division, presents its compliments to the appropriate Judicial Authority in Austria and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this Court.

Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations of negligence in the defective and unreasonably dangerous conditions of the "Maplan Moulding Machine" in question, causing Plaintiff to suffer damages. Plaintiff seeks judgment for damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant, **Maplan Maschinen und technische,** can presently be served at the following address:

1

**Maplan Maschinen und technische**
**Schoellergasse 9**
**A-2630 Ternitz**
**AUSTRIA**

This Court respectfully requests that you cause one copy of the attached documents, Summons in a Civil Case, and Complaint, with Austrian court certified German translations thereof, to be served upon **Maplan Maschinen und technische** at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Austria.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Maplan Maschinen und technische** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's counsel, Kenneth J. Allen & Associates, P.C., 1109 Glendale Boulevard, Valparaiso, Indiana, 46383 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Austria the assurance of its highest consideration.

---

DATE

---

Honorable John W. Darrah
The United States District Court
Northern District of Illinois, Eastern Divison
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
Telephone: (312) 435-5698