## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 642 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Abbott vs. Starlinger North America, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application for request of international assistance [10] is entered and continued to 4/8/08 at 9:00 a.m. Status hearing set for 4/1/08 is re-set to 4/8/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|