IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW F. ABBOTT | ) |
| Plaintiff | ) ) ) ) |
| -vs- | ) NO: 08 C 642 ) |
| STARLINGER NA, et al. | ) ) ) |
| Defendants | ) |

**NOTICE OF MOTION**

TO:   Mr. Bryan L. Bradley
      Kenneth J. Allen & Associates
      150 North Michigan Avenue
      Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on the __8th__ day of __April__, 2008, at **9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John P. Darrah, or such other judge as may be sitting in his place in Room 1203 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and shall present **Defendant, Starlinger North America Inc.'s Motion to Extend to Answer**, a copy of which is enclosed herewith and hereby served upon you.

                                          RESPECTFULLY SUBMITTED

                                          PEREGRINE, STIME, NEWMAN
                                          RITZMAN & BRUCKNER, LTD.

                                          By: _/s/ David W. Clark_
                                              David W. Clark, one of the attorneys for
                                              Defendant, Starlinger North America, Inc.

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois Street
P. O Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
(640) 665-0407 (fax)
M:\STARLINGER advs. Abbott\NotMotion.ExtendTime.doc