# *LPS*

LaSalle Process Servers L.P.
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622
Toll Free (877) LASA11E
Web: www.lasalleprocessservers.com

March 4, 2008

Tricia Hauber
Kenneth J. Allen & Assoc.
1109 Glendale Blvd.
Valparaiso, IN 46383

**RE: Matthew Abbott v. Starlinger North America, Inc, et al.**

Dear Tricia:

Enclosed are the prepared letter rogatory requests for service upon **Starlinger & Company Gesellchaft mbH** and **Maplan Maschinen und technische**, in Austria.

Please have them signed by the Judge and return an original signature version with the **court's seal** on the signature page, OR "court certified" copy. It is important that the documents you return to us has the **court's original seal, either embossed/raised or ink stamped. A "FILED", "ENTERED", "GRANTED" etc. stamp, or photocopy of the seal, is not sufficient, nor is a rubber stamp of the Judge's printed named UNLESS** accompanied by an original court seal.

If you require an affidavit to support a motion/application to the court for execution, please let us know and one will be immediately provided.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Andrew Raphael