## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 642 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Abbott vs. Starlinger North American, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/25/08 at 9:00 a.m. Defendant's motion for an extension of time to answer is granted [12]. Answer to be filed by 5/15/08. Rule 26(a)(1) disclosures to be exchanged by 5/8/08. The Court will rule by mail regarding plaintiff's motion for issuance of letters rogatory [14].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|