# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 642 | **DATE** | 4/10/08 |
| **CASE TITLE** | Abbott v. Starlinger North American, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's amended application for request for international assistance [14] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|