IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW F. ABBOTT | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) NO: 08 C 642 |
| | ) |
| STARLINGER NA, et al. | ) |
| | ) |
| Defendants | ) |

**NOTICE OF MOTION**

TO:   Mr. Bryan L. Bradley
       Kenneth J. Allen & Associates
       150 North Michigan Avenue
       Chicago, Illinois 60606

   PLEASE TAKE NOTICE that on the __14th__ day of __May__, 2008, at __9:00__ a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John P. Darrah, or such other judge as may be sitting in his place in Room 1203 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and shall present **Defendant, Starlinger North America Inc.'s Second Motion to Extend Time to Answer**, a copy of which is enclosed herewith and hereby served upon you.

RESPECTFULLY SUBMITTED

PEREGRINE, STIME, NEWMAN
RITZMAN & BRUCKNER, LTD.

By: _____
   David W. Clark, one of the attorneys for
   Defendant, Starlinger North America, Inc.

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois Street
P. O Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
(640) 665-0407 (fax)

M:\STARLINGER advs. Abbott\NOTICE OF MOTION 5-9-08.wpd