IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT,<br>       Plaintiff, | )<br>)<br>) |
| -vs- | ) NO: 08 C 642<br>) |
| STARLINGER NORTH AMERICA, INC.,<br>an Illinois Corporation,<br>MAPLAN MASCHINEN und TECHNISCHE<br>ANLAGEN PLANUNGS und FERTIGUNGS<br>Gesellschaft m.b.H, an Austrian company, and<br>STARLINGER & COMPANY Gesellschaft<br>m.b.H, an Austrian company,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

To: Mr. Bryan L. Bradley
   Kenneth J. Allen & Associates
   150 North Michigan Avenue
   Chicago, Illinois 60606

   YOU ARE HEREBY NOTIFIED that on the **11th** day of **June**, 2008, we caused to be filed with the United States District Court, a Memorandum of Law in Support of its Motion to Dismiss and Motion for a More Definite Statement, a copy of which is hereby served upon you.

                 PEREGRINE, STIME, NEWMAN,
                 RITZMAN & BRUCKNER, LTD.,

                 By: _/s/ David W. Clark_
                    David W. Clark, attorney for Defendants

PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois St., P.O. Box 564
Wheaton, Illinois 60187-0564
630/665-1900
630/665-0407 Fax
Cook County Atty. No. 12085

### PROOF OF SERVICE

On June 11, 2008, I, Fiorella Hansen on oath state that I served this Motion for a More Definite Statement by mailing a copy to: Mr. Bryan L. Bradley, Kenneth J. Allen & Associates, 150 North Michigan Avenue Chicago, Illinois 60606, and depositing the same in the U.S. Mail at Wheaton, Illinois, with proper postage prepaid.

                 _/s/ Fiorella Hansen_

SUBSCRIBED AND SWORN to before me this
11th day of June, 2008.

_/s/ Maryann Urbaniec_
Notary Public

[Notary Seal: MARYANN URBANIEC, MY COMMISSION EXPIRES JANUARY 28, 2012]

M:\STARLINGER advs. Abbott\NOTICE OF FILING-2 6-11-08.wpd