IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, | ) |
| Plaintiff, | ) ) ) ) |
| -vs- | ) NO: 08 C 642 ) |
| STARLINGER NORTH AMERICA, INC., an Illinois Corporation, MAPLAN MASCHINEN und TECHNISCHE ANLAGEN PLANUNGS und FERTIGUNGS Gesellschaft m.b.H, an Austrian company, and STARLINGER & COMPANY Gesellschaft m.b.H, an Austrian company, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF PAT HOOK

The undersigned, PAT HOOK, having been first duly sworn on oath deposes and states as follows:

1. That he is employed by STARLINGER NORTH AMERICA, INC. ("Starlinger N.A.") in the capacity as President, and that he is authorized to make this affidavit on behalf of Starlinger N.A..

2. That Starlinger N.A. distributes and installs certain Rubber Injection Moulding Machines that are manufactured by MAPLAN MASCHINEN und TECHNISCHE ANLAGEN PLANUNGS und FERTIGUNGS ) Gesellschaft m.b.H ("Maplan").

3. That Maplan is the manufacturer of the machine, Maplan MTF 100/15C, Serial # 20401763, which is the subject of Plaintiff's Complaint.

4. Starlinger N.A. did not, at any time, exercise any control over the design or manufacture of the machine, Maplan MTF 100/15C, Serial # 20401763.

5. Starlinger N.A. did not, at any time, provide any instructions or warning to Maplan relative to the alleged defect of the machine, Maplan MTF 100/15C, Serial # 20401763.


EXHIBIT A

6.   Starlinger N.A. had no actual knowledge of any defect with Machine, Maplan MTF 100/15C, Serial # 20401763 and did not create any defect on said machine.

FURTHER, the Affiant sayeth not.

_____
Pat Hook

SUBSCRIBED AND SWORN to before me this 10 day of June, 2008.

_____
Notary Public

Official Seal
David W Clark
Notary Public State of Illinois
My Commission Expires 09/29/08

DWC:flh
M:\STARLINGER advs. Abbott\Affidavit 6-10-08.rtf

2

**EXHIBIT A**