IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW F. ABBOTT | ) |
| Plaintiff | ) ) ) ) |
| -vs- | ) NO: 08 C 642 ) |
| STARLINGER NA, et al. | ) ) ) |
| Defendants | ) |

### NOTICE OF MOTION

TO:  Mr. Bryan L. Bradley
     Kenneth J. Allen & Associates
     150 North Michigan Avenue
     Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the __19th__ day of __June__, 2008, at __9:00 a.m.__ or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John P. Darrah, or such other judge as may be sitting in his place in Room 1203 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and shall present **Defendant, Starlinger North America Inc.'s Memorandum of Law in Support of its Motion to Dismiss and Motion for a More Definite Statement**, a copy of which is enclosed herewith and hereby served upon you.

RESPECTFULLY SUBMITTED

PEREGRINE, STIME, NEWMAN
RITZMAN & BRUCKNER, LTD.

By: _____
     David W. Clark, one of the attorneys for
     Defendant, Starlinger North America, Inc.

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois Street
P. O Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
(640) 665-0407 (fax)
M:\STARLINGER advs. Abbott\NOTICE OF MOTION 6-12-08.wpd