IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW F. ABBOTT | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) NO: 08 C 642 |
| | ) |
| STARLINGER NA, et al. | ) |
| | ) |
| Defendants | ) |

## NOTICE OF MOTION

TO:    Mr.  Bryan L.  Bradley
         Kenneth J.  Allen & Associates
         150 North Michigan Avenue
         Chicago, Illinois 60606

PLEASE  TAKE  NOTICE  that  on  the  __19th__  day  of  __June__  , 2008, at **9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John P. Darrah, or such other judge as may be sitting in his place in Room 1203 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and shall present **Defendant, Starlinger North America Inc.'s Motion to Dismiss and Motion for a More Definite Statement**, a copy of which is enclosed herewith and hereby served upon you.

RESPECTFULLY SUBMITTED

PEREGRINE, STIME, NEWMAN
RITZMAN & BRUCKNER, LTD.

By:  _David W. Clark_
         David W. Clark, one of the attorneys for
         Defendant, Starlinger North America, Inc.

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois Street
P. O Box 564
Wheaton, Illinois  60187-0564
(630) 665-1900
(640) 665-0407 (fax)
M:\STARLINGER advs. Abbott\NOTICE OF MOTION to Dismiss 6-12-08.wpd