IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, a resident of Indiana,<br><br>Plaintiff,<br><br>v.<br><br>STARLINGER NORTH AMERICA, INC., an Illinois Corporation,<br>MAPLAN MASCHINEN und TECHNISCHE ANLAGEN PLANUNGS und FERTIGUNGS Gesellschaft m.b.H, an Austrian company, and<br>STARLINGER & COMPANY Gesellschaft m.b.H, an Austrian company,<br><br>Defendants. | CASE NO: 08 C 642<br>**JURY TRIAL DEMANDED** |

TO:   See attached service list.

## NOTICE OF FILING

Please take notice that on June 18, 2008, we filed with the Clerk of the Northern District of Illinois, *Plaintiff's Response in Opposition to Defendant's Motion to Dismiss* a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

KENNETH J. ALLEN & ASSOCIATES, P.C.
Attorneys for Plaintiff

s/Bryan L. Bradley

Bryan L. Bradley

## Service List

Matthew Abbott v. Starlinger North America, Inc., et al.
No. 1:08 CV 642

### *Attorneys for Defendants*
David W. Clark
Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
221 East Illinois Street
Wheaton, IL 60187



*Refer to Office Indicated*

| ☒ ALLEN LAW BUILDING | ☐ CHASE BANK CENTER | ☐ CHARTER ONE BANK | ☐ SMURFIT-STONE BUILDING |
|---|---|---|---|
| 1109 Glendale Boulevard | 8585 Broadway, 8th Floor | 17450 South Halsted St. | 150 North Michigan Ave. |
| Valparaiso, IN 46383 | Merrillville, IN 46410 | Homewood, IL 60430 | Chicago, IL 60606 |
| 219.465.6292 | 219.736.6292 | 708.799.6292 | 312.236.6292 |

INJURY ATTORNEYS