IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, ) <br> a resident of Indiana, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STARLINGER NORTH AMERICA, INC., ) <br> an Illinois Corporation, ) <br> MAPLAN MASCHINEN und TECHNISCHE ) <br> ANLAGEN PLANUNGS und FERTIGUNGS ) <br> Gesellschaft m.b.H, an Austrian company, and ) <br> STARLINGER & COMPANY Gesellschaft ) <br> m.b.H, an Austrian company, ) <br> ) <br> Defendants. ) | CASE NO: 08 C 642 <br> **JURY TRIAL DEMANDED** |

TO:   See attached service list.

## NOTICE OF MOTION

Please take notice that on June 25, 2008, at 9:00 am, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present, *Plaintiff's Motion to Stay Starlinger North America's Motion to Dismiss in Order to Conduct Discovery* a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

KENNETH J. ALLEN & ASSOCIATES, P.C.
Attorneys for Plaintiff

s/Bryan L. Bradley

Bryan L. Bradley

## Service List

Matthew Abbott v. Starlinger North America, Inc., et al.
No. 1:08 CV 642

**<u>Attorneys for Defendants</u>**
David W. Clark
Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
221 East Illinois Street
Wheaton, IL 60187



*Refer to Office Indicated*

☒ ALLEN LAW BUILDING          ☐ CHASE BANK CENTER          ☐ CHARTER ONE BANK          ☐ SMURFIT-STONE BUILDING
1109 Glendale Boulevard         8585 Broadway, 8th Floor        17450 South Halsted St.         150 North Michigan Ave.
Valparaiso, IN 46383            Merrillville, IN 46410          Homewood, IL 60430              Chicago, IL 60606

**INJURY ATTORNEYS**            219.465.6292                    219.736.6292                    708.799.6292                    312.236.6292