**Bryan L. Bradley**

| | |
|---|---|
| **From:** | David Clark [dclark@psnrb.com] |
| **Sent:** | Tuesday, June 10, 2008 3:47 PM |
| **To:** | Bryan L. Bradley |
| **Cc:** | Lauren Gravenites |
| **Subject:** | RE: Rule 26 disclosures |
| **Importance:** | High |

Bryan,

The Rule 26 disclosures were sent to the copy store two weeks for bate-stamping, duplication and scanning onto discs. I thought they would have been back by now and will check on them as well as on the status of the video and photos from the inspection.

Dave

LAUREN-- please call the copy store and see where the Starlinger documents are........

---

**From:** Bryan L. Bradley [mailto:blb@kenallenlaw.com]
**Sent:** Tuesday, June 10, 2008 2:34 PM
**To:** David Clark
**Subject:** RE: Rule 26 disclosures

Dave,

When can we expect your client's FRCP 26 disclosures?

Thanks,

Bryan


Bryan L. Bradley



INJURY ATTORNEYS

Allen Law Building · 1109 Glendale Blvd., Valparaiso, IN · (219) 465-6292
Chase Bank Center · 8585 Broadway, 8th Floor, Merrillville, IN · (219) 736-6292
Smurfit-Stone Building · 150 North Michigan Avenue, Chicago, IL · (312) 236-6292

This e-mail (including attachments) is confidential and covered by the *Electronic Communications Privacy Act*, 18 U.S.C. 2510-2521, and is intended only for the addressee(s) named above. Any interception, retention, dissemination, distribution or copying of this communication is strictly prohibited and may subject you to compensatory and punitive damages. Please reply to the sender if you have received the e-mail in error, then delete this e-mail and every copy thereof. Neither this e-mail nor its content is intended to imply or create any attorney-client relationship, and you are advised that none shall exist absent a written and signed retainer agreement with Kenneth J. Allen & Associates, P.C.

**From:** David Clark [mailto:dclark@psnrb.com]
**Sent:** Wednesday, May 14, 2008 4:44 PM
**To:** Bryan L. Bradley
**Cc:** Elizabeth P. Schaffer

6/12/2008

Dear Bryan,

Thanks for your initial Rule 26 disclosures---all 900 plus pages! I did not submit my disclosures as I thought we had to have all the parties in before we did it. Please give me a week to have everything to you.

Dave

> David W. Clark
> Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
> 221 E. Illinois Street, P.O. Box 564
> Wheaton, IL 60189-0564
> (630) 665-1900
> (630) 665-0407(fax)
> www.psnrb.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in the communication or any attachments.

6/12/2008

**Bryan L. Bradley**

---

**From:** David Clark [dclark@psnrb.com]
**Sent:** Wednesday, May 14, 2008 4:44 PM
**To:** Bryan L. Bradley
**Cc:** Elizabeth P. Schaffer
**Subject:** Rule 26 disclosures

Dear Bryan,

Thanks for your initial Rule 26 disclosures---all 900 plus pages! I did not submit my disclosures as I thought we had to have all the parties in before we did it. Please give me a week to have everything to you.


Dave

    David W. Clark
    Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
    221 E. Illinois Street, P.O. Box 564
    Wheaton, IL 60189-0564
    (630) 665-1900
    (630) 665-0407(fax)
    www.psnrb.com

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in the communication or any attachments.

6/12/2008