IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT,<br>a resident of Indiana,<br><br>    Plaintiff,<br><br>        v.<br><br>STARLINGER NORTH AMERICA, INC.,<br>an Illinois Corporation,<br>MAPLAN MASCHINEN und TECHNISCHE<br>ANLAGEN PLANUNGS und FERTIGUNGS<br>Gesellschaft m.b.H, an Austrian company, and<br>STARLINGER & COMPANY Gesellschaft<br>m.b.H, an Austrian company,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO: 08 C 642<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATUS REPORT ON SERVICE OF PROCESS**

Plaintiff, MATTHEW F. ABBOTT ("plaintiff"), by and through his counsel, Kenneth J. Allen & Associates, files his status report on service of process on Defendants Maplan Maschinen und Technische Anlagen Planungs und Fertigungs and Starlinger & Company (herein "the Austrian Defendants"). For its report, Plaintiff states:

1. On April 30, 2008, Plaintiff's international process server initiated service of process upon the Austrian Defendants by providing certified German translations to the Austrian Court of Plaintiff's Complaint, a Summons, and the signed Request for International Assistance. See Exhibit 1, Affidavit of Celeste Ingalls.

2. Austria is not a signatory to any treaty, convention or multilateral agreement for service of process. The Ministry of Justice is Austria is the entity authorized to receive and effect

service on resident defendants of Austria.

3. There is no obligatory time frame for effecting service by letter rogatory request.

4. Service upon the Austrian Defendant can be expected to take between six months to a year to effect.

5. Attached as Exhibit 2 are the Certified German Translations which were provided to the Ministry of Justice in Austria.

Respectfully submitted,

**KENNETH J. ALLEN & ASSOCIATES, P.C.**

Attorneys for Plaintiff

s/ Adrian P. Smith
_____
Adrian P. Smith

### Service List

Matthew Abbott v. Starlinger North America, Inc., et al.
No. 1:08 CV 642

**_Attorneys for Defendants_**
David W. Clark
Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
221 East Illinois Street
Wheaton, IL 60187



Refer to Office Indicated

☒ ALLEN LAW BUILDING      ☐ CHASE BANK CENTER       ☐ CHARTER ONE BANK        ☐ SMURFIT-STONE BUILDING
  1109 Glendale Boulevard     8585 Broadway, 8th Floor    17450 South Halsted St.      150 North Michigan Ave.
  Valparaiso, IN 46383        Merrillville, IN 46410      Homewood, IL 60430           Chicago, IL 60606

INJURY ATTORNEYS           219.465.6292                219.736.6292                 708.799.6292                 312.236.6292