## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT,<br>a resident of Indiana,<br><br>    Plaintiff,<br><br>       v.<br><br>STARLINGER NORTH AMERICA, INC.,<br>an Illinois Corporation,<br>MAPLAN MASCHINEN und TECHNISCHE<br>ANLAGEN PLANUNGS und FERTIGUNGS<br>Gesellschaft m.b.H, an Austrian company, and<br>STARLINGER & COMPANY Gesellschaft<br>m.b.H, an Austrian company,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CASE NO: 08 C 642**
**JURY TRIAL DEMANDED**

TO:   See attached service list.

## NOTICE OF FILING

Please take notice that on June 20, 2008, we filed with the Clerk of the Northern District of Illinois, *Plaintiff's Status Report on Service of Process*, with Exhibits, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**KENNETH J. ALLEN & ASSOCIATES, P.C.**
Attorneys for Plaintiff

s/Adrian P. Smith

Adrian P. Smith

## Service List

Matthew Abbott v. Starlinger North America, Inc., et al.
No. 1:08 CV 642

### *Attorneys for Defendants*
David W. Clark
Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
221 East Illinois Street
Wheaton, IL 60187



*Refer to Office Indicated*

☒ ALLEN LAW BUILDING
1109 Glendale Boulevard
Valparaiso, IN 46383

219.465.6292

☐ CHASE BANK CENTER
8585 Broadway, 8th Floor
Merrillville, IN 46410

219.736.6292

☐ CHARTER ONE BANK
17450 South Halsted St.
Homewood, IL 60430

708.799.6292

☐ SMURFIT-STONE BUILDING
150 North Michigan Ave.
Chicago, IL 60606

312.236.6292

INJURY ATTORNEYS