**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MATTHEW F. ABBOTT,<br>vs.<br>STARLINGER NORTH AMERICA, INC., an Illinois corporation,<br>et al. | Case Number:<br>08 C 642 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maplan Machinen and Technische Anlagen Planungs and Fertigungs Gesellschaft m.b.H., an Austrian Company

| |
|---|
| NAME (Type or print)<br>  Lloyd E. Williams, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/*Lloyd E. Williams, Jr.* |
| FIRM<br>  Williams Montgomery & John Ltd. |
| STREET ADDRESS<br>  20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>  Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03024903 | 312-443-3212 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]