27744.00A1AG/dmw/Document #: 779973　　　　　　　　　　　　　　　　　　#412

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, <br> A resident of Indiana <br><br> Plaintiff, <br><br> vs. <br><br> STARLINGER NORTH AMERICA, INC., an Illinois corporation, <br> MAPLAN MASCHINEN und TECHNISCHE ANLAGEN PLANUGS und FERTIGUNGS Gesellschaft m.b.H., an Austrian Company and STARLINGER & COMPANY Gesellschaft m.b.H., an Austrian company, <br><br> Defendants. | No. 08 C 642 <br><br> JUDGE DARRAH <br><br> MAG. JUDGE VALDEZ <br><br><br><br> **STATEMENT OF INTEREST** |

As required by FRCP 7.1, the Defendant Maplan Machinen und Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H. an Austrian Company in this case, by its attorneys, Lloyd E. Williams, Jr. and Hanson L. Williams, provides the following information to the court:

Starlinger & Co. GmbH-Austria owns 20% of Machinen und Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H. an Austrian Company.

Dated this 15th day of July , 2008.　　　　　Defendant

　　　　　　　　　　　　　　　　　　　　　By: /s/Lloyd E. Williams, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Lloyd E. Williams, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Hanson L. Williams
　　　　　　　　　　　　　　　　　　　　　　　Williams Montgomery & John ltd.
　　　　　　　　　　　　　　　　　　　　　　　20 N. Wacker Drive, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　　(312) 443-3200 (phone)
　　　　　　　　　　　　　　　　　　　　　　　(312) 443-1323 (fax)
　　　　　　　　　　　　　　　　　　　　　　　lew@willmont.com
　　　　　　　　　　　　　　　　　　　　　　　hlw@willmont.com