27744.00A1AG/dmw/Document #: 780078                                                              #412

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW F. ABBOTT, <br> A resident of Indiana <br><br> Plaintiff, <br><br> vs. <br><br> STARLINGER NORTH AMERICA, INC., an Illinois corporation, <br> MAPLAN MASCHINEN und TECHNISCHE ANLAGEN PLANUGS und FERTIGUNGS Gesellschaft m.b.H., an Austrian Company and STARLINGER & COMPANY Gesellschaft m.b.H., an Austrian company, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 08 C 642 <br><br> JUDGE DARRAH <br><br> MAG. JUDGE VALDEZ |

## NOTICE OF FILING

TO:   Kenneth J. Allen & Associates, P.C., Allen Law Building, 1109 Glendale Boulevard, Valparaiso, IN 46383

David W. Clark, Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd., 221 East Illinois Street, Wheaton, IL 60187


PLEASE TAKE NOTICE that on July 15, 2008, we filed with the Clerk of the United States Federal District Court in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois:

**Defendant Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H., an Austrian Company's Appearance**

**Statement of Interest**

**Answer to Matthew F. Abbott's Amended Complaint and Statement of Interest**

copies of which are attached hereto.

Dated: July 15, 2008
                                     Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H., an Austrian Company

                                       By:  /s/ *Lloyd E. Williams, Jr.*
                                               One of Their Attorneys

Lloyd E. Williams, Jr.
Hanson L. Williams
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: (312) 443-3200

## CERTIFICATE OF SERVICE

     I, Lloyd E. Williams, Jr., hereby certify that on July 15, 2008, I electronically filed Defendant Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H., an Austrian Company's Appearance, Statement of Interest and Answer to Matthew F. Abbott's Amended Complaint and Statement of Interest with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

                                                         By:  /s/ *Lloyd E. Williams, Jr.*