# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 C 642

MATTHEW F. ABBOTT, a resident of Indiana
      vs.
STARLINGER NORTH AMERICA, INC. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**STARLINGER & COMPANY Gesellshaft m.b.H, an Austrian company**

| | |
|---|---|
| NAME (Type or print)<br>David W. Clark | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David W. Clark | |
| FIRM<br>Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd. | |
| STREET ADDRESS<br>221 E. Illinois Street, P. O. Box 564 | |
| CITY/STATE/ZIP<br>Wheaton, Illinois 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210145 | TELEPHONE NUMBER<br>630-665-1900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |