27744.00A1AG/dmw/Document #: 780561                                          #412

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, ) <br> A resident of Indiana ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STARLINGER NORTH AMERICA, ) <br> INC., an Illinois corporation, ) <br> MAPLAN MASCHINEN und ) <br> TECHNISCHE ANLAGEN PLANUGS ) <br> und FERTIGUNGS Gesellschaft m.b.H., ) <br> an Austrian Company and STARLINGER &) <br> COMPANY Gesellschaft m.b.H., an ) <br> Austrian company, ) <br> ) <br> Defendants. ) | No. 08 C 642 <br><br> JUDGE DARRAH <br><br> MAG. JUDGE VALDEZ |

## CERTIFICATE OF SERVICE

TO:   Kenneth J. Allen & Associates, P.C., Allen Law Building, 1109 Glendale Boulevard, Valparaiso, IN 46383

David W. Clark, Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd., 221 East Illinois Street, Wheaton, IL 60187

   YOU ARE HEREBY NOTIFIED that the defendant, Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H., an Austrian Company's served Rule 26(a)(1) Disclosures, a copy of which is attached hereto.

Dated: July 17, 2008

Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H., an Austrian Company

By: _____
One of Their Attorneys

Lloyd E. Williams, Jr.
Hanson L. Williams
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: (312) 443-3200