IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) NO: 08 C 642 |
| | ) |
| STARLINGER NORTH AMERICA, INC., | ) |
| an Illinois Corporation, | ) |
| MAPLAN MASCHINEN und TECHNISCHE | ) |
| ANLAGEN PLANUNGS und FERTIGUNGS | ) |
| Gesellschaft m.b.H, an Austrian company, and | ) |
| STARLINGER & COMPANY Gesellschaft | ) |
| m.b.H, an Austrian company, | ) |
| | ) |
| Defendants. | ) |

**STARLINGER & COMPANY'S STATEMENT OF INTEREST**

NOW COMES the Defendant, STARLINGER & COMPANY Gesellschaft m.b.H, an Austrian Company, by and through its attorney, DAVID W. CLARK of PEREGRINE, STIME, NEWMAN, RITZMAN & BRUCKNER, LTD., and provides the following information to this Court:

1. Starlinger & Company GmbH-Austria owns 20% of Machinen und Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H. an Austrian Company.

2. There is no corporate and/or business relationship between Starlinger & Company Gesellschaft m.b.H, an Austrian Company and Starlinger North America, Inc., an Illinois corporation.

3. Franz Starlinger Heleman GmbH owns 50% of Starlinger & Company Gasellschaft m.b.H, an Austrian Company.

Dated this 22nd day of July, 2008.

By: /s/ David W. Clark
David W. Clark

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 East Illinois Street
P. O. Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
M:\STARLINGER advs. Abbott\StatementInterest.Corp