**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW F. ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO:  08 C 642 |
| | ) | |
| STARLINGER NORTH AMERICA, INC., | ) | |
| an Illinois Corporation, | ) | |
| MAPLAN MASCHINEN und TECHNISCHE | ) | |
| ANLAGEN PLANUNGS und FERTIGUNGS | ) | |
| Gesellschaft m.b.H, an Austrian company, and | ) | |
| STARLINGER & COMPANY Gesellschaft | ) | |
| m.b.H, an Austrian company, | ) | |
| | ) | |
| Defendants. | ) | |

### STARLINGER NORTH AMERICA'S STATEMENT OF INTEREST

NOW COMES the Defendant, STARLINGER NORTH AMERICA INC., an Illinois Corporation,

by and through its attorney, DAVID W.  CLARK of PEREGRINE, STIME, NEWMAN, RITZMAN &

BRUCKNER, LTD., and provides the following information to this Court:

    1.    Starlinger Export GmbH owns 80% of Starlinger North America, Inc., an Illinois

Corporation

Dated this 22nd day of July, 2008.

By: _____
                David W.  Clark

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 East Illinois Street
P. O. Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
M:\STARLINGER advs. Abbott\StatementInterest.SNA.wpd