27744.00A1AG/dmw/Document #: 781677                                                          #412

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW F. ABBOTT,<br>A resident of Indiana | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 642 |
| STARLINGER NORTH AMERICA,<br>INC., an Illinois corporation,<br>MAPLAN MASCHINEN und<br>TECHNISCHE ANLAGEN PLANUGS<br>und FERTIGUNGS Gesellschaft m.b.H.,<br>an Austrian Company and STARLINGER &<br>COMPANY Gesellschaft m.b.H., an<br>Austrian company, | ) ) ) ) ) ) ) ) ) ) | JUDGE DARRAH<br><br>MAG. JUDGE VALDEZ |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Kenneth J. Allen & Associates, P.C., Allen Law Building, 1109 Glendale Boulevard, Valparaiso, IN 46383

David W. Clark, Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd., 221 East Illinois Street, Wheaton, IL 60187

PLEASE TAKE NOTICE that on **Tuesday, August 19, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Darrah or before any judge sitting in his stead, in Courtroom 1203, in the Dirksen Building, 219 South Dearborn, Chicago, Illinois, to present for hearing **Defendant Maplan Maschinen und Technische Anlagen Planungs und Fertigungs Gesmbh's Motion for Leave to File Amended Answer and Affirmative Defenses to Plaintiff's Amended Complaint**, a copy of which is attached and hereby served upon you.

WILLIAMS, MONTGOMERY & JOHN

/s/ Lloyd E. Williams, Jr.
Lloyd E. Williams, Jr.
Illinois Bar No. 03024903

Attorneys for defendants - Maplan Maschinen und
Technische Anlagen Planungs und Fertigungs Gesmbh
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3212
Facsimile: (312) 630-8512
lew@willmont.com

## CERTIFICATE OF SERVICE

I, Lloyd E. Williams, Jr., hereby certify that on this 30th day of July, 2008, I caused the foregoing **Notice of Motion** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system.

| Kenneth J. Allen & Associates, P.C. | David W. Clark |
|---|---|
| Allen Law Building | Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd. |
| 1109 Glendale Boulevard | 221 East Illinois Street |
| Valparaiso, IN 46383 | Wheaton, IL 60187 |

/s/ Lloyd E. Williams, Jr.
Lloyd E. Williams, Jr.

2