IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW F. ABBOTT, a resident of Indiana, <br><br> Plaintiff, <br><br> v. <br><br> STARLINGER NORTH AMERICA, INC., an Illinois Corporation, MAPLAN MASCHINEN und TECHNISCHE ANLAGEN PLANUNGS und FERTIGUNGS Gesellschaft m.b.H, an Austrian company, and STARLINGER & COMPANY Gesellschaft m.b.H, an Austrian company, <br><br> Defendants. | CASE NO: 08 C 642 <br> **JURY TRIAL DEMANDED** |

TO:   See attached service list.

## NOTICE OF FILING

Please take notice that on August 7, 2008, we filed with the Clerk of the Northern District of Illinois, *Plaintiff's Objection to Defendant Maplan's Motion to Amended its Answer and Affirmative Defenses* a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

KENNETH J. ALLEN & ASSOCIATES, P.C.
Attorneys for Plaintiff

s/Adrian P. Smith

Adrian P. Smith

## Service List

Matthew Abbott v. Starlinger North America, Inc., et al.
No. 1:08 CV 642

**_Attorneys for Defendant Starlinger & Co. And Starlinger North America, Inc._**
David W. Clark
Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd.
221 East Illinois Street
Wheaton, IL 60187

**_Attorneys for Defendants Maplan Maschinen and Technische Anlagen Planugs und Fertigungs Gesellschaft m.b.H., an Austrian Company_**
Lloyd E. Williams, Jr.
Hanson L. Williams
Williams Montgomery & John, Ltd.
20 North Wacker Drive, Suite 2100
Chicago, IL 60606



INJURY ATTORNEYS

Refer to Office Indicated

☒ ALLEN LAW BUILDING    ☐ CHASE BANK CENTER    ☐ CHARTER ONE BANK    ☐ SMURFIT-STONE BUILDING
1109 Glendale Boulevard    8585 Broadway, 8th Floor    17450 South Halsted St.    150 North Michigan Ave.
Valparaiso, IN 46383    Merrillville, IN 46410    Homewood, IL 60430    Chicago, IL 60606

219.465.6292    219.736.6292    708.799.6292    312.236.6292