27744.00A1AG/dmw/Document #: 780078                                         #412

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  |
|---|---|---|
| MATTHEW F. ABBOTT, | ) | |
| A resident of Indiana | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 642 |
| | ) | |
| STARLINGER NORTH AMERICA, | ) | JUDGE DARRAH |
| INC., an Illinois corporation, | ) | |
| MAPLAN MASCHINEN und | ) | MAG. JUDGE VALDEZ |
| TECHNISCHE ANLAGEN PLANUGS | ) | |
| und FERTIGUNGS Gesellschaft m.b.H., | ) | |
| an Austrian Company and STARLINGER & | ) | |
| COMPANY Gesellschaft m.b.H., an | ) | |
| Austrian company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Kenneth J. Allen & Associates, P.C., Allen Law Building, 1109 Glendale Boulevard, Valparaiso, IN 46383

David W. Clark, Peregrine, Stime, Newman, Ritzman & Bruckner, Ltd., 221 East Illinois Street, Wheaton, IL 60187

PLEASE TAKE NOTICE that on July 15, 2008, we filed with the Clerk of the United States Federal District Court in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois:

**Defendant Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H's Response to Plaintiff's Objection to Motion to File Amended Answer and Affirmative Defenses**

A copy of which is attached hereto.

Dated: August 14, 2008

Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H., an Austrian Company

By: /s/ *Lloyd E. Williams, Jr.*
      One of Their Attorneys

Lloyd E. Williams, Jr.
Hanson L. Williams
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: (312) 443-3200

## CERTIFICATE OF SERVICE

     I, Lloyd E. Williams, Jr., hereby certify that on August 14, 2008, I electronically filed Defendant Maplan Machinen and Technische Anlagen Planungs und Fertigungs Gesellschaft m.b.H.'s Response to Plaintiff's Objection to Motion to File Amended Answer and Affirmative Defenses with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

By: /s/ *Lloyd E. Williams, Jr.*